

Gmail - Erik Salaiz, your document is ready for signature.

Erik Salaiz <salaiz.ep@gmail.com>

**Erik Salaiz, your document is ready for signature.**
1 message

via Clixsign <notifications@clixsign.com>　　　　　　　　　　　　　Wed, Nov 8, 2023 at 10:45 AM
Reply-To: notifications@clixsign.com
To: Erik Salaiz <salaiz.ep@gmail.com>



NOTIFICATION • NOVEMBER 08, 2023



### Hi Erik Salaiz
### Your Electronic Signature Is Requested

You are signer 1 of 1 on this document

Please click the link below to complete the document.

**REVIEW & SIGN NOW**

<div style="text-align:right; color:red;">Exhibit A</div>

Email Erik Salaiz, your document is ready for signature

## Do Not Share

This email contains a secure link to Clixsign. Please do not share this email, link, or access code with others.

## Questions?

If you have any questions or comments about this document or Clixsign, please contact Eric Corona

Clixsign is an Electronic Signature Service. This message was sent to you by Eric Corona (eric@easyfinanceusa.com) who is requesting your signature on documents. The information contained in this transmission is confidential and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, please discard and delete this message.

This message is intended for delivery to Erik Salaiz (**salaiz.ep@gmail.com**)

Exhibit A