# Cordoba Legal Group, LLC.

102 NE 2nd Street #252
Boca Raton, FL 33432

January 31, 2024

## Retainer Agreement

1. **Parties:** This Agreement is entered between Cordoba Legal Group, LLC. ("CLG") and <u>Erick Salaiz</u> (individually and collectively, "Client", "your" and/or "your").

2. **Scope of CLG's Representation of Client:** CLG will: (A) negotiate Client's debts which are listed on Exhibit A to this Agreement ("Client('s) Debts"), (B) provide Client with legal counsel as to all Client Debts, and (C) represent and defend Client in court in any lawsuits, arbitrations or other proceedings filed against Client by any and all creditors and/or third parties that own and/or have the right to file suit to collect the Client's Debts, subject to the limitations listed below. The terms and scope of CLG's representation of Client are more fully described in paragraph 7 below.

3. **Client Obligations, Authorizations and Assistance:**

A. Client will, at the earliest possible date, provide CLG the most recent billing statement received by Client for each debt listed on Exhibit A. Exhibit A to this Agreement identifies, for all of Client's Debts, the respective creditor and amount owed to each creditor. CLG shall review and, as necessary, update Exhibit A to reflect the amount due each creditor as of the time this Agreement is fully executed. CLG will promptly provide Client with the updated Exhibit A, which shall supersede the Exhibit A originally attached to this Agreement at the time of execution of the Agreement and shall be incorporated with and become a part of this Agreement. Exhibit A is the full and complete list of all debts for which CLG shall provide Client with legal representation as set forth in this Agreement.

If Client does not have the current statement for a creditor(s), CLG will request the statement from the creditor(s), and the balance shown on such statement shall be incorporated in Exhibit A. If Client disputes the balance on such statement and remains unable to obtain another copy of the statement, Client may direct CLG to not represent CLG in connection with the creditor(s) at issue.

B. Client will deposit funds in Client's Forth Pay Savings Account, as set forth in paragraph 4 below, for the purpose of (a) creating a Settlement Payment Fund, in which the client fully owns and controls the funds, from which Client may direct CLG to pay money to settle Client Debts and (b) paying attorney's fees to CLG.

C. Client authorizes CLG to accept on Client's behalf any offers to settle any or all of Client's Debts if such amount is 50.00% or less of the amount of the individual debt owed by Client and as listed on Exhibit A. CLG shall not settle on Client's behalf any of Client's Debts without Client's express permission if such settlement is in excess of 50.00% of the amount of any individual debt owed by Client and as listed on Exhibit A.

D. Client agrees to fully cooperate in the defense and preparation of any and all litigation matters in which CLG represents the Client. This includes, but is not limited to, appearing on reasonable notice for all conferences, depositions, appointments, trials and other court appearances, and complying with CLG's requests for documents, information and other assistance necessary to properly represent Client.

E. The Client agrees to cooperate with CLG with respect to its representation of Client and to immediately inform CLG of any changes of address, phone number, contact person and/or similar information. The Client understands that full disclosure to CLG and continuous communication with CLG is essential to enable CLG to properly represent the Client. If the Client does not do so, or if Client does not respond to CLG attempts to contact Client within a reasonable period of time, CLG shall have the right to withdraw from further representation of the Client.

Client has the right to terminate this Agreement at any time for any reason. CLG has the same right, and under certain circumstances, CLG may be required, to terminate representation of the Client, upon reasonable notice to the Client. Among the reasons for which we may terminate are: (i) nonpayment of CLG's fees after the Client has been given reasonable warning that CLG intends to withdraw unless CLG is paid, (ii) the Client's breach or failure to comply with the terms of CLG's engagement, (iii) the Client's failure or refusal to be forthright, cooperative or supportive of CLG's efforts, (iv) the Client's misrepresentation of, or failure or refusal to disclose facts or documents to CLG which are necessary for, or relevant to, CLG's representation of Client, (v) the Client's refusal to accept CLG's advice, (vi) the Client's persistence in pursuing, or having us pursue, an objective which CLG considers to be criminal,· fraudulent, actionable, repugnant, or imprudent, (vii) discovery of a conflict with another Client of CLG, and/or (viii) any other reason permitted, or required, under the rules of professional conduct which govern the legal profession. Upon termination of the engagement, either by CLG or by the Client, the Client, at CLG's request, must sign all papers and documents which CLG believes necessary for CLG to accomplish our withdrawal from the representation.

F. In the event of any monies owed to CLG or any attorney or entity providing services for Client's benefit, Client authorizes CLG to remove monies held in their Forth Pay Savings Account to pay such monies owed.

4. **Payments:** Client agrees to deposit in their Forth Pay Savings Account the following amounts.

A. Recurring Monthly payment of $1508.41 commencing on February 14, 2024, for a total of 60 payments.

B. Client may, but is not required, to make any or all of the payment listed above in advance of their due dates.

C. In the event that this Agreement is cancelled or terminated by CLG or Client for any reason prior to the date the last payment is due pursuant to this paragraph 4, Client's obligation to make further payments shall cease as of the date of cancellation or termination.

5. **Division of Payments;**
**Client's Settlement Payment Fund, Attorney's Fees and Costs:**

A. Client understands and acknowledges that the Division of Payments described above will result in a total payment by client of (i) $57,491.00 for the Client's Settlement Payment Fund and (ii) $28,745.50 for CLG's attorney's fees, for a total of $86,236.50. Client acknowledges that CLG will not incur any fees until after a settlement has been initiated. CLG does not charge any advance fees.

B. If CLG incurs any fees charged by clerks of courts for filing motions, pleadings or other papers on behalf of Client, or for deposition or hearing transcripts, in connection with any litigation matter ("Costs"), CLG will deduct such Bank Fees and Costs from Client's Settlement Payment Fund.

C. It is understood that Client remains fully responsible for all court costs and other out-of-pocket expenses incurred by CLG in the investigation and defense of any claim. Costs shall include, but not be limited to, expenditures for filing fees, subpoenas, depositions, witness fees, investigation, expert witnesses, reports, travel, parking, and all costs necessary for proper performance of legal services. Client is solely responsible for the payment of all Bank Fees and Costs, none of which are included in the payments due by Client to CLG for attorney's fees or for Client's Settlement Payment Fund. All Bank Fees and Costs, as described paragraph 5(C) herein, incurred in connection with CLG's representation of Client are in addition to any amounts due under paragraph 4 of this Agreement.

D. It is further understood that should Client either: (1) have a pending lawsuit when