# COVER LETTER

**TO:**   **Registration Section**
         **Division of Corporations**

**SUBJECT:**   Cordoba Legal Group, LLC
_____
Name of Limited Liability Company

The enclosed Articles of Amendment and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

Alfredo Cordoba
_____
Name of Person

Cordoba Legal Group LLC
_____
Firm/Company

102 NE 2nd Street #252
_____
Address

Boca Raton FL 33432
_____
City/State and Zip Code

admin@cordobalegal.com
_____
E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

Alfredo Cordoba                          954      663-3231
_____ at (_____)_____
Name of Person                     Area Code    Daytime Telephone Number

Enclosed is a check for the following amount:

■ $25.00 Filing Fee      ☐ $30.00 Filing Fee &       ☐ $55.00 Filing Fee &       ☐ $60.00 Filing Fee,
                            Certificate of Status       Certified Copy               Certificate of Status &
                                                        (additional copy is enclosed)   Certified Copy
                                                                                      (additional copy is enclosed)

**Mailing Address:**                    **Street Address:**
Registration Section                    Registration Section
Division of Corporations                Division of Corporations
P.O. Box 6327                           The Centre of Tallahassee
Tallahassee, FL 32314                   2415 N. Monroe Street, Suite 810
                                        Tallahassee, FL 32303

Exhibit C

# ARTICLES OF AMENDMENT
## TO
## ARTICLES OF ORGANIZATION
## OF



FILED

2022 SEP -6 PM 1:39

Cordoba Legal Group, LLC.

TALLAHASSEE FLORIDA

__(Name of the Limited Liability Company as it now appears on our records.)__
(A Florida Limited Liability Company)

The Articles of Organization for this Limited Liability Company were filed on ___06/06/2019___ and assigned

Florida document number ___L19000150613___

This amendment is submitted to amend the following:

**A. If amending name, __enter the new name of the limited liability company here:__**

Cordoba Legal Group, PLLC.

The new name must be distinguishable and contain the words "Limited Liability Company," the designation "LLC" or the abbreviation "L.L.C."

Enter new principal offices address, if applicable:

*(Principal office address MUST BE A STREET ADDRESS)*

Enter new mailing address, if applicable:

*(Mailing address MAY BE A POST OFFICE BOX)*

**B. If amending the registered agent and/or registered office address on our records, __enter the name of the new registered agent and/or the new registered office address here:__**

Name of New Registered Agent:

New Registered Office Address:

*Enter Florida street address*

_____, Florida _____
City                          Zip Code

__New Registered Agent's Signature, if changing Registered Agent:__

*I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 605, F.S. Or, if this document is being filed to merely reflect a change in the registered office address, I hereby confirm that the limited liability company has been notified in writing of this change.*

_____
If Changing Registered Agent, __Signature of New Registered Agent__

Exhibit C