**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ERIK SALAIZ,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | |
| **CORDOBA LEGAL GROUP PLLC**., a Florida Professional Limited Liability Company and **ALFREDO CORDOBA** | § | **Case No. 3:24-cv-00085-LS** |
| **Defendants.** | § | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

With Defendants Cordoba Legal Group PPLC and Alfredo Cordoba neither having answered nor filed a motion to dismiss or for summary judgment, Plaintiff Erik Salaiz, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses this action with prejudice, with each party to bear its own costs, attorneys' fees, and other fees. *See, e.g.*, *Bailey v. Shell Western E&P, Inc.*, 609 F.3d 710, 719 (5th Cir. 2010) (holding the plaintiff has an "absolute right" to a Rule 41(a)(1) dismissal, which right "may not be extinguished or circumscribed by adversary or court") (internal quotation marks and citations omitted).

Dated: May 9, 2024,

Respectfully submitted,

Erik Salaiz (*Pro Se*)
6320 Navajo Ave
El Paso, TX 79925
915-490-0898
e-Mail: salaiz.ep@gmail.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **ERIK SALAIZ,** **Plaintiff,** v. **CORDOBA LEGAL GROUP PLLC**., a Florida Professional Limited Liability Company and **ALFREDO CORDOBA** **Defendants.** | § § § § § § § § § § § § § | **Case No. 3:24-cv-00085-LS** |

**[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE**

Upon consideration of Plaintiff's Motion for Voluntary Dismissal, the Court has determined that the Motion should be, and hereby is, **GRANTED** and this action be **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

Dated: __________________, 2024

______________________________
Hon. Leon Schydlower
U.S. District Judge

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

**ERIK SALAIZ,**

**Plaintiff,**

**v.**

**CORDOBA LEGAL GROUP PLLC**., a Florida Professional Limited Liability Company and **ALFREDO CORDOBA**

**Defendants.**

**Case No. 3:24-cv-00085-LS**

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2024, I caused a true copy of the foregoing, **PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE** to be served via electronic mail on all counsel of record.

Dated: May 9, 2024,

Respectfully submitted,

Erik Salaiz (*Pro Se*)
6320 Navajo Ave
El Paso, TX 79925
915-490-0898
e-Mail: salaiz.ep@gmail.com